# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SAMUEL TATE BERRY<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:25-mj-170 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SAMUEL TATE BERRY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), Assaulting a Federal Officer, Class A Misdemeanor
41 U.S.C. § 102-74.385, Failure to Comply with Official Signs and Directions

Date: June 19, 2025

*Issuing officer's signature* /s/ Stacie F. Beckerman

City and state: Portland, OR

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/19/25 , and the person was arrested on *(date)* 6/20/25
at *(city and state)* Portland, OR .

Date: 6/20/25

*Arresting officer's signature*

SA Braverman
*Printed name and title*